[No. 75212-0-I. Division One. June 26, 2017.]

BTNA LLC, *Respondent*, v. FORMOSA BROTHERS INTERNATIONAL LLC ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 16-2-07104-0, Palmer Robinson, J., entered May 10, 2016. *Reversed* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[No. 75664-8-I. Division One. June 26, 2017.]

JORDYNN SCOTT, *Appellant*, v. THE DIRECTOR OF THE DEPARTMENT OF LICENSING ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 15-2-00301-8, Raquel Montoya-Lewis, J., entered August 11, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 75670-2-I. Division One. June 26, 2017.]

CANDEE WASHINGTON, *Appellant*, v. THE DIRECTOR OF THE DEPARTMENT OF LICENSING ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 15-2-00293-0, Susan K. Cook, J., entered July 2, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 47196-5-II. Division Two. June 27, 2017.]

ROBERT C. JUSTUS, *Respondent*, v. WILLIAM D. MORGAN ET AL., *Defendants*, STATE FARM FIRE AND CASUALTY COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-10340-8, Stanley J. Rumbaugh, J., entered January 5, 2015. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Johanson and Melnick, JJ.